ALFRED H. HENTIG v. THOMAS M. JAMES—*Error from Shawnee District Court.*

*Per Curiam:* The above case is precisely like case of *Hentig v. James,* just decided, and therefore that decision is decisive of this.

The order of the district judge will be affirmed.